JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. SANDSTROM, ) | Case No. 5:24-cv-01344-JWH (DTB) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| PATRICK COVELLO, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: October 20, 2025

John W. Holcomb
United States District Judge